On respondent's petition for reconsideration filed May 26, motion for relief from default granted; reconsideration allowed; former disposition (201 Or App 334, 118 P3d 279) withdrawn; affirmed July 26, petition for review denied December 5, 2006 (342 Or 117)

STATE OF OREGON,
*Respondent,*

*v.*

STEPHEN MICHAEL LEA,
*Appellant.*

20-03-19529; A124101

139 P3d 1029

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, for petition.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).